C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Robert T. Haller | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-80469 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Debtor filed this case on March 16, 2010, listing Marjorie R. Davis as an unsecured claim in the amount of $15,000.00. Ms. Davis has filed a letter with the Court requesting that she be removed as a creditor in this case and receive no further notices.

The Standing Trustee respectfully recommends to the Court that an Order be entered removing Marjorie R. Davis as a creditor and to receive no further notices.


Date: May 3, 2010                                                                                                  s/Richard M. Hutson, II
     ej                                                                                                                          Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   June 3, 2010,   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   June 10, 2010,   at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date: May 3, 2010                                                                                                  OFFICE OF THE CLERK
                                                                                                                                    U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80469 C-13D**

Robert T. Haller
290 Doral Drive
Pinehurst, NC  28374

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Marjorie R. Davis
155 Eldorado Lane
Pinehurst, NC  28374